UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INDIA RENEE CARTER-STEWART, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> CHRIS MCBEE, ) <br> ) <br> Respondent. ) | No. 4:24-cv-01159-MTS |

### MEMORANDUM AND ORDER

This matter is before the Court on self-represented Petitioner India Renee Carter-Stewart's Motion to Proceed in Forma Pauperis and Affidavit in Support – Habeas Cases. Doc [2]. After review of Petitioner's Motion, the Court will deny it. Petitioner failed to fill out the Certificate by the Authorized Officer of her Institution at the bottom of the Motion, which certifies how much money she has in her account. In failing to have her Motion certified, Petitioner has failed to comply with Rule 3 of the Rules Governing § 2254 cases, which requires that the Petition "must be accompanied by . . . a motion for leave to proceed in forma pauperis, the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." *See* Rule 3(a)(2). In any event, Petitioner noted that she has received $400 in the last twelve months and currently has approximately $73.00. Thus, the information she did provide shows that she can pay the modest $5 filing fee for this habeas proceeding. *See* 28 U.S.C. § 1914(a) (setting fee).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Proceed in Forma Pauperis and Affidavit in Support, Doc. [2], is **DENIED**. No later than **Thursday, October 10, 2024**, Petitioner must pay the $5 filing fee in its entirety.

**The failure to do so will result in the dismissal of this action without prejudice and without further notice.**

Dated this 26th day of August 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE